ADAM PAUL LAXALT
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov

*Attorneys for Defendant*
*Kim Adamson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

THOMAS METZGER,

    Plaintiff,

v.

NEVADA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants

Case No. 3:17-cv-00583-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Thomas Metzger, appearing *pro se*, and Defendant Kim Adamson, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///
///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 20 day of November, 2018.

DATED this ____ day of November, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
THOMAS METZGER
*Plaintiff, Pro Se*

By: _____
DARBY PHELPS
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 3rd day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 28th day of November, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing to:

Thomas Metzger, #1128968
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

_____
An employee of the
Office of the Attorney General