ADAM PAUL LAXALT
  Attorney General
DARBY G. PHELPS, Bar No. 14599
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: dphelps@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS METZGER, | Case No. 3:17-cv-00583-MMD-WGC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| NEVADA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants | |

Plaintiff, Thomas Metzger, appearing *pro se*, and Defendants, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Darby G. Phelps, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 27 day of December, 2018.

By: _____
THOMAS METZGER
*Plaintiff, Pro Se*

DATED this 28 day of December, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
DARBY PHELPS
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED this 2nd day of January, 2019, ~~2018.~~

_____
UNITED STATES DISTRICT JUDGE

2

# CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 28th day of December, 2018, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/CFE Electronic Filing to:

Thomas Metzger, #1128968
Care of LCC Law Librarian
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419
lcclawlibrary@doc.nv.gov

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 28th day of December, 2018, I caused to be deposited for mailing a true and correct copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, to the following:

Thomas Metzger, #1128968
Lovelock Correctional Center
1200 Prison Road
Lovelock, NV 89419

/s/ [signature]
An employee of the
Office of the Attorney General

3